# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1042

_____

Inez Hunter

*Plaintiff - Appellant*

v.

Ford Motor Company, in Dearborn MI; Citi Financial Auto, ("CFA") a
corporation in Bedford, TX; Hastings Automotive Inc., ("HAI"), in Hastings, MN;
Dion Carpenter, an individual; Doug Ericksen, an individual; John Does, I through
X, sued in their individual and official capacities whose identities are not yet known

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: May 2, 2016
Filed: May 4, 2016
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Inez Hunter appeals after the District Court[1] denied her motion for postjudgment relief in this pro se action related to the purchase and financing of a car. We conclude that the motion was properly denied. See Fed. R. Civ. P. 60(c) (time limits for filing a motion under Rule 60 of the Federal Rules of Civil Procedure); Superior Seafoods, Inc. v. Tyson Foods, Inc., 620 F.3d 873, 879 (8th Cir. 2010) (denying a Rule 60(d)(3) motion filed five years after judgment because the litigant was not without fault and the rule has an "equitable requirement that the party seeking relief be free from negligence and fault"); SDDS, Inc. v. South Dakota (In re SDDS, Inc.), 225 F.3d 970, 972 (8th Cir. 2000) (holding that a Rule 60(b) motion cannot "be used to collaterally attack a final court of appeals' ruling in lieu of a proper petition for review in the United States Supreme Court"), cert. denied, 532 U.S. 1007 (2001). Accordingly, we affirm.

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.